IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


**HERBERT HATHCOCK,**

    Plaintiff,

vs.                                      **CASE NO. 4:08cv249-SPM/AK**

**LT. BROWN, et al.,**

    Defendants.

_____/

## O R D E R

Plaintiff has filed a motion for an extension of time to file an amended complaint and the proper motion for IFP as directed by the Court's previous Order of June 12, 2008 (doc. 9).  (Doc. 10).  Having considered said motion, the Court is of the opinion that it (doc. 10) should be **GRANTED**, and Plaintiff shall have through **July 25, 2008**, to file a motion for IFP and a complaint on the proper forms.  The previously filed motion for IFP, (doc. 6), is **DENIED**.

**DONE AND ORDERED** this   **7TH**   day of July, 2008.

                                      *s/ A. KORNBLUM*
                                      **ALLAN KORNBLUM**
                                      **UNITED STATES MAGISTRATE JUDGE**