# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**HERBERT HATHCOCK,**

    Plaintiff,

vs.                                                    **CASE NO. 4:08CV249-SPM/AK**

**BARBER BR0WN,,**

    Defendants.

_____/

## ORDER TO SHOW CAUSE

Plaintiff was directed on June 12, 2008, to file an amended complaint on the proper forms. (Doc. 9). He has sought **four** extensions of time which have ultimately given him nearly five months to complete a form complaint. (See Docs. 10, 12, 13, 14, 17, 20, 22, 24, 26). The present motion for additional time (doc. 26) is **DENIED**, and Plaintiff shall show cause on or before **November 14, 2008**, as to why this cause should not be dismissed for failure to prosecute.

**DONE AND ORDERED** this __30th__ day of October, 2008.

                                                        *s/ A. KORNBLUM*
                                                        **ALLAN KORNBLUM**
                                                        **UNITED STATES MAGISTRATE JUDGE**